

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00311-CV

IN THE INTEREST OF
L.A.L., A CHILD

------------

FROM THE 393RD DISTRICT COURT OF DENTON COUNTY

------------

## MEMORANDUM OPINION[1]

------------

Appellant mother filed a notice of appeal on September 3, 2013, seeking to appeal the trial court's order terminating the parent-child relationship between her and her child L.A.L. On September 9, 2013, we sent the parties a letter indicating our concern that we might not have jurisdiction over the appeal because the order did not appear to be a final judgment or an appealable

---

[1]*See* Tex. R. App. P. 47.4.

interlocutory order. *See In re B.F.G.*, No. 02-09-00136-CV, 2009 WL 1996292, at *1 (Tex. App.—Fort Worth July 9, 2009, no pet.) (mem. op.) (dismissing attempted appeal of termination of parental rights for want of jurisdiction when, among other things, termination order did not dispose of presumed fathers' rights to all of the children). We stated that unless appellant or any party desiring to continue the appeal filed with the court, on or before September 19, 2013, a response showing grounds for continuing the appeal, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3.

In her response, appellant agrees that no final, appealable order has yet been entered by the trial court because issues remain outstanding as to L.A.L.'s father and the child's permanent conservatorship and that we therefore lack jurisdiction over the appeal. Consequently, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  MCCOY, MEIER, and GABRIEL, JJ.

DELIVERED:  October 10, 2013